Leon Bowman, *et ux.*, v. J. Arnold Liebman, *et ux.*

198 So. 20
Division A
Opinion Filed October 4, 1940

*Otto C. Stegemann* and *David B. Newsom,* for Appellants;

*Arno J. Liebman* and *M. Josephine Liebman,* in Proper Person.

Per Curiam.—The court has carefully examined the record in this case, and no error clearly appearing, the final decree is—

Affirmed.

Terrell, C. J., and Buford and Thomas, J. J., concur.

Whitfield, J., concurs in opinion and judgment.

Justices Brown and Chapman not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.